# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENYA LYNCH** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 22-0091** |
| **v.** | : | |
| | : | |
| **JULIE A. SU**[1] | : | |
| *Acting Secretary of Labor* | : | |
| *United States Department of Labor* | : | |
| *Defendant* | : | |

# ORDER

   **AND NOW**, this 24th day of January 2024, upon consideration of Defendant Julie A. Su's

*motion for summary judgment*, (ECF 24), Plaintiff Kenya Lynch's response in opposition thereto,

(ECF 27), and Defendant's reply, (ECF 32), it is hereby **ORDERED** that, for the reasons set forth

in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is

**GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendant, and against Plaintiff.


                            **BY THE COURT:**


                            /s/ *Nitza I. Quiñones Alejandro*
                            **NITZA I. QUIÑONES ALEJANDRO**
                            *Judge, United States District Court*


---

[1]      Julie A. Su became the Acting Secretary of Labor on March 11, 2023, and is herein substituted for
Martin J. Walsh as Defendant in this action.  *See* Fed. R. Civ. P. 25(d).